## Commonwealth *v.* Riley, Appellant.

Before CAIN, JR., J.

Submitted March 24, 1975. *Melvin Brookman,* and *Shein & Brookman,* for appellant; *Stephen Levin, Mark Sendrow,* and *Steven H. Goldblatt,* Assistant District At-

torneys, *Abraham J. Gafni*, Deputy District Attorney, and *F. Emmett Fitzpatrick*, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.